570 A.2d 949

ROSE M. WEBER, ETC., ET AL. v. JOHN W. KLUGE, ET AL.

October 3, 1989.

Petition for certification denied.

570 A.2d 949

NEW JERSEY DEPARTMENT OF LABOR v. PLYWOOD PANELING OUTLET, INC.

October 3, 1989.

Petition for certification denied.

570 A.2d 949

JESSIE WILLIAMS v. COUNTY OF ESSEX.

October 3, 1989.

Petition for certification denied.

570 A.2d 949

ROSLYN SCHWAM v. THE OLSTEIN GROUP, INC., ETC., ET AL.

October 3, 1989.

Petition for certification denied.